UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION at LEXINGTON

| | |
|---|---|
| KENTUCKY FARM BUREAU MUTUAL INSURANCE COMPANY A/S/O JUDY GOOD and/or JERRY R. LYNN and/or VIRGINIA PATTERSON,<br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>NDT GLOBAL, LLC,<br>　　　　　　　　Defendant. | No. 5:20-CV-360-JMH |

### ORDER OF DISMISSAL

Plaintiff, Kentucky Farm Bureau Mutual Insurance Company ("KFB"), and the Defendant, NDT Global, LLC ("NDT Global"), by counsel, having given the Court notice that they have resolved their dispute through settlement, and having stipulated and agreed to dismiss with prejudice all claims among and between the parties which were or could have been, brought in this action,

**IT IS HEREBY ORDERED** that KFB's claims against NDT Global shall be and hereby are **DISMISSED WITH PREJUDICE**, as settled, with each party bearing its own costs and attorney's fees.

There being no remaining disputes at issue,[1] **IT IS FURTHER ORDERED** this matter is **STRICKEN** from the Court's active docket.

---

[1] Defendants Unknown Danville Compressor Station Operator(s) and NDT Systems & Services (America) Inc. were named as defendants by Plaintiffs in the Complaint (*see* DE 1-1 at 9-35 ) but never entered appearances in this action. There is no indication on the docket that such Defendants ever received service of process, nor that Plaintiffs seek to continue litigating this case against them. Accordingly, in the exercise of due caution, any claims against Defendants Unknown Danville Compressor Station Operator(s) and NDT Systems & Services (America) Inc., too, will be dismissed from this action, but without prejudice.

This the 5th day of May, 2022.



Signed By:
*Joseph M. Hood*
Senior U.S. District Judge